1442

94–704.   State ex rel. Russell v. Court of Appeals of Ohio for Eighth Jud. Dist., Cuyahoga Cty.   In Prohibition.   *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–707.   Engle v. Court of Appeals, Greene Cty., Second Appellate Dist.   In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–730.   Slone v. McAninch.   In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.